IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MEDSOURCE STAFFING, L.L.C. | § | |
| D/B/A MSR HEALTHCARE GROUP | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-10-CV-296 |
| | § | |
| BENEFIS HEALTH SYSTEM, INC. | § | |

### RULE 41(a) STIPULATION OF VOLUNTARY DISMISSAL

NOW INTO COURT, through undersigned counsel of record, comes Plaintiff, Medsource

Staffing, L.L.C. d/b/a MSR Healthcare Group, and Defendant, BENEFIS HEALTH SYSTEM, INC.,

who each and all do hereby stipulate and agree that this matter has been resolved and that the above-

referenced cause may be dismissed with prejudice, with each party hereto to bear its own costs and

expenses. The said parties pray that this Court issue an Order dismissing this case, with prejudice,

and with each party to bear its own costs and expenses.

Respectfully submitted,

SANCHEZ, WHITTINGTON, ZABARTE
& WOOD, L.L.C.
3505 Boca Chica Boulevard, Suite 100
Brownsville, Texas 75821-4214
Telephone:      (956) 546-3731
Facsimile:      (956) 546-3765 & (956) 546-3766

*Attorneys for Plaintiff*

By: /s/ Francisco J. Zabarte
    Francisco J. Zabarte
    Texas State Bar No. 22235300
    Southern District Bar No. 10747

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 West Price Road, Suite 9
Brownsville, Texas  78520-8718
Telephone:      (956) 542-5666
Facsimile:      (956) 542-0016

*Attorneys for Defendant*

By: /s/ Rene O. Oliveira _____
          Rene O. Oliveira
          Texas State Bar No. 15254700
          Southern District Bar No.  4033


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Rule 41(a) Stipulation of Voluntary Dismissal was filed electronically with the United States District Court for the Southern District of Texas, McAllen Division, with notice of case activity to be generated and sent electronically by the Clerk of Court via ECF on this ____ day of _____, 2011, addressed to those who do not receive notice from the Clerk of ths court.

Francisco J. Zabarte
SANCHEZ, WHITTINGTON, ZABARTE
& WOOD, L.L.C.
3505 Boca Chica Boulevard, Suite 100
Brownsville, Texas 75821-4214


/s/ Rene O. Oliveira _____
Rene O. Oliveira